*[Counsel Listed on Signature Block]*

| | |
|---|---|
| MCU CLOCKING SOLUTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ATMEL CORPORATION, <br><br> Defendant. | Case No. 5:15-cv-02212-PSG |
| MCU CLOCKING SOLUTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> FREESCALE SEMICONDUCTOR, INC., <br><br> Defendant. | Case No. 5:15-cv-02213-PSG |
| MCU CLOCKING SOLUTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> MICROCHIP TECHNOLOGY, INC. | Case No. 5:15-cv-02546-PSG |

**JOINT ADMINISTRATIVE MOTION TO CONSIDER CASES RELATED AND TO SCHEDULE INITIAL CASE MANAGEMENT CONFERENCE FOR AUGUST 11, 2015**

Pursuant to Civil L.R. 3-12, the parties in Case Nos. 5:15-cv-02212-PSG, 5:15-cv-02213-PSG, and 5:15-cv-02546-PSG ("Proposed Related Actions") submit this joint administrative motion to consider these cases related to each other. The parties further propose, pursuant to Civil Local Rule 6-2(a), that the Case Management Conferences in all three Proposed Related Actions be scheduled for August 11, 2015.

**PROCEDURAL HISTORY**

All three Proposed Related Actions were recently transferred by stipulation to the United States District Court for the Northern District of California from the United States District Court for the District of Delaware, and have all been assigned to Magistrate Judge Paul Singh Grewal. The

Plaintiff in all three Proposed Related Actions is MCU Clocking Solutions, Inc. ("MCU"), and all three actions involve U.S. Patent No. 6,292,045.  Two of the three Proposed Related Actions, Case Nos. 5:15-cv-02213-PSG and 5:15-cv-02546-PSG, also involve U.S. Patent No. 7,296,170.  The Case Management Conferences in Case Nos. 5:15-cv-02212 and 5:15-cv-02213 are currently both scheduled for June 30, 2015, whereas the Case Management Conference in Case No. 5:15-cv-02546 has not yet been scheduled.

### **BRIEF STATEMENT OF RELATIONSHIP BETWEEN CASES**

The Proposed Related Actions meet the criteria for related cases under Civil L.R. 3-12.  MCU alleges that the named Defendants in each of the actions infringe one or both asserted patents by making, using, offering for sale, selling, and/or importing microcontrollers that embody every element of at least one Claim of either or both of the asserted patents. Discovery, motion practice, and hearings, therefore, are likely to concern many of the same issues.  Furthermore, the parties believe that proceeding with uncoordinated cases before separate judges would cause an unduly burdensome duplication of labor and expense.  While the parties recognize that there may be separate trials in each of the three separate cases, respectively, they believe coordination of pre-trial matters will be beneficial.

Additionally, the parties believe that a single Case Management Conference for all three Proposed Related Actions would avoid a needless duplication of effort and expense by the parties, and would also serve the interests of judicial economy by allowing the Court to conduct a single Case Management Conference rather than multiple conferences.

### **CONCLUSION**

For the reasons stated above, the parties respectfully request that the Proposed Related Actions all be deemed to be related to each other.  The parties further propose that, pursuant to Civil

1  Local Rule 6-2(a), a single Case Management Conference for all three Proposed Related Actions be

2  scheduled for August 11, 2015, with the parties filing a Joint Case Management Statement by August

3  4, 2015.

6  Dated:  June 17, 2015                         Respectfully Submitted,

7                                                By: */s/ Vasilios E. Sanios*
                                                 Edward C. Flynn (*pro hac vice*)
8                                                Vasilios E. Sanios (*pro hac vice*)
                                                 COHEN & GRACE, LLC
9                                                105 Braunlich Drive, Suite 300
10                                               Pittsburgh, PA 15237
                                                 Tel: (412) 847-0300
11                                               Facsimile: (412) 847-0307
                                                 Email: eflynn@cohengrace.com
12                                                      vsanios@cohengrace.com

14                                               Christopher D. Banys (State Bar No.230038)
                                                 Christopher J. Judge (State Bar No. 230038)
15                                               Jennifer Lu Gilbert (State Bar No. 255820)
                                                 BANYS, P.C.
16                                               1032 Elwell Court, Suite 100
                                                 Palo Alto, California  94303
17                                               Telephone: (650) 308-8505
                                                 Facsimile: (650) 353-2202
18                                               Email: cdb@banyspc.com
                                                        cjj@banyspc.com
19                                                      jlg@banyspc.com

21                                               **Attorneys for Plaintiff,
                                                 MCU CLOCKING SOLUTIONS, INC**.

23                                               By: */s/ Ahren C. Hsu-Hoffman*
                                                 Michael Lyons (State Bar No. 202284)
24                                               Ahren C. Hsu-Hoffman (State Bar No. 250469)
                                                 Walter Scott Tester (State Bar No. 287228)
25                                               MORGAN, LEWIS, & BOCKIUS LLP
                                                 2 Palo Alto Square
26                                               3000 El Camino Real, Suite 700
27                                               Palo Alto, CA 94306
                                                 Tel: (650) 843-4000

JOINT ADMINISTRATIVE MOTION TO CONSIDER CASES RELATED AND TO SCHEDULE INITIAL CASE
MANAGEMENT CONFERENCE FOR AUGUST 11, 2015
CASE NO. 5:15-cv-02212-PSG

Facsimile: (650) 843-4001
Email: mlyons@morganlewis.com
          ahsu-hoffman@morganlewis.com
          stester@morganlewis.com

**Attorneys for Defendant,**
**ATMEL CORPORATION**

By: */s/ Thomas W. Ritchie*
David L. Witcoff (*pro hac vice*)
Timothy J. Heverin (*pro hac vice*)
Thomas W. Ritchie (*pro hac vice*)
JONES DAY
77 W. Wacker Drive, Suite 3500
Chicago, IL  60601-1692
Tel:  (312) 782-3939
Fax: (312) 782-8585
Email: dlwitcoff@jonesday.com
          tjheverin@jonesday.com
          twritchie@jonesday.com

Patrick T. Michael (State Bar No. 169745)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Tel: (415) 875-5893
Facsimile: (415) 875-5700
Email: pmichael@jonesday.com

**Attorneys for Defendant,**
**FREESCALE SEMICONDUCTOR, INC.**

By: */s/ Brian C. Banner*
Brian C. Banner (*pro hac vice forthcoming*)
Bruce W. Slayden , II (*pro hac vice forthcoming*)
SLAYDEN GRUBERT BEARD PLLC
823 Congress Avenue, Suite 525
Austin, TX 78701
Tel: (512) 402-3550
Facsimile: (512) 402-6865
Email: bbanner@sgb-ip.com
          bslayden@sgb-ip.com

JOINT ADMINISTRATIVE MOTION TO CONSIDER CASES RELATED AND TO SCHEDULE INITIAL CASE MANAGEMENT CONFERENCE FOR AUGUST 11, 2015
CASE NO. 5:15-cv-02212-PSG

|   |   |
|---|---|
| 1 | Ryan R. Smith (State Bar No. 229323) |
| 2 | WILSON SONSINI GOODRICH & ROSATI |
|   | 650 Page Mill Road |
| 3 | Palo Alto, CA 94304-1050 |
|   | Telephone: (650) 493-9300 |
| 4 | Facsimile: (650) 565-5100 |
|   | Email: rsmith@wsgr.com |

**Attorneys for Defendant,
MICROCHIP TECHNOLOGY, INC.**

### ATTESTATION OF CONCURRENCE IN FILING

Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from each of the Signatories listed above.

*/s/ Vasilios E. Sanios*
Vasilios E. Sanios

JOINT ADMINISTRATIVE MOTION TO CONSIDER CASES RELATED AND TO SCHEDULE INITIAL CASE MANAGEMENT CONFERENCE FOR AUGUST 11, 2015
CASE NO. 5:15-cv-02212-PSG

PURSUANT TO THE JOINT MOTION OF THE PARTIES, IT IS SO ORDERED.

Date: __June 18, 2015__

*[signature]*
Hon. Paul S. Grewal
United States District Court Magistrate Judge

# PROOF OF SERVICE

I, Vasilios E. Sanios, Esquire, hereby certify that on the 17th day of June, 2015, I served the above JOINT ADMINISTRATIVE MOTION TO CONSIDER CASES RELATED AND TO SCHEDULE THE INITIAL CASE MANAGEMENT CONFERENCE FOR AUGUST 11, 2015, via email, to the following addresses:

| | |
|---|---|
| Michael Lyons<br>Ahren C. Hsu-Hoffman<br>Walter Scott Tester<br>mlyons@morganlewis.com<br>ahsu-hoffman@morganlewis.com<br>stester@morganlewis.com | Brian C. Banner (*pro hac vice forthcoming*)<br>Bruce W. Slayden, II (*pro hac vice forthcoming*)<br>Ryan R. Smith<br>bbanner@sgb-ip.com<br>bslayden@sgb-ip.com<br>rsmith@wsgr.com |
| *Attorneys for Defendant*,<br>ATMEL CORPORATION | *Attorneys for Defendant*,<br>MICROCHIP TECHNOLOGY, INC. |

David L. Witcoff (*pro hac vice*)
Timothy J. Heverin (*pro hac vice*)
Thomas W. Ritchie (*pro hac vice*)
Patrick T. Michael
dlwitcoff@jonesday.com
tjheverin@jonesday.com
twritchie@jonesday.com
pmichael@jonesday.com

*Attorneys for Defendant*,
FREESCALE SEMICONDUCTOR, INC.

By: */s/ Vasilios E. Sanios*
Vasilios E. Sanios

*Attorney for Plaintiff*,
MCU CLOCKING SOLUTIONS, INC.

JOINT ADMINISTRATIVE MOTION TO CONSIDER CASES RELATED AND TO SCHEDULE INITIAL CASE MANAGEMENT CONFERENCE FOR AUGUST 11, 2015
CASE NO. 5:15-cv-02212-PSG