UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| MCU CLOCKING SOLUTIONS, INC., | ) | Case Nos. 5:15-cv-02213-PSG; 5:15-cv-02546-PSG |
| Plaintiff, | ) | |
| v. | ) | **CASE SCHEDULING ORDER** |
| FREESCALE SEMICONDUCTOR, INC., | ) | |
| Defendant. | ) | |
| MCU CLOCKING SOLUTIONS, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| FREESCALE SEMICONDUCTOR, INC., | ) | |
| Defendant. | ) | |

Based on the parties' joint case management statement[1] and representations at yesterday's case management conference,[2]

IT IS ORDERED that the parties' proposed limits on discovery set forth in their joint case management statement shall apply to this case.[3]

---

[1] *See* Case No. 5:15-cv-02213-PSG, Docket No. 73.

[2] *See* Case No. 5:15-cv-02213-PSG, Docket No. 75.

1
Case Nos. 5:15-cv-02213-PSG; 5:15-cv-2546-PSG.
CASE SCHEDULING ORDER

IT IS FURTHER ORDERED that the parties shall present discovery disputes to the court through an informal letter briefing process. The parties shall meet and confer and submit a joint letter to the court, not to exceed three pages per side. The court shall set a hearing, if necessary, or simply decide the matter on the papers.

IT IS FURTHER ORDERED that the parties shall engage in private mediation within 90 days of the court's claim construction order.

IT IS FURTHER ORDERED that the court shall hold a further case management conference 15 after the court's claim construction order.

IT IS FURTHER ORDERED that the following schedule and deadlines shall apply to this case:

| Event | Date |
|---|---|
| Defendants' preliminary invalidity contentions and accompanying document productions | September 3, 2015 |
| Parties to exchange proposed terms and claim elements for construction | October 1, 2015 |
| Parties to exchange preliminary claim constructions and identify supporting intrinsic and extrinsic evidence | October 23, 2015 |
| Joint claim construction and prehearing statements | October 30, 2015 |
| Parties to identify claim construction experts | November 6, 2015 |
| Completion of claim construction delivery | December 4, 2015 |
| MCU's claim construction briefs | December 14, 2015 |
| Defendants' responsive claim construction briefs | January 11, 2016 |
| MCU's reply claim construction briefs | January 25, 2016 |
| Provision of claim construction tutorial materials to parties and court | February 16, 2016 |
| Claim construction tutorial presentations | February 24, 2016 |
| Claim construction hearings | February 27, 2016 |

---

[3] *See* Case No. 5:15-cv-02213-PSG at Docket No. 73 at 4-7.

United States District Court
For the Northern District of California

Defendants to inform MCU whether they will rely on advice of counsel as defense to willful infringement; date by which Defendants shall produce such opinions of counsel on which defendants intend to rely .................................................................................................. May 19, 2016

Amendment of pleadings with respect to willful infringement and inequitable conduct ......................................................... February 15, 2016

Close of fact discovery ................................................................................. June 30, 2016

Initial Rule 26(a)(2) disclosure of expert testimony.......................................... August 2, 2016

Expert disclosures contradicting or rebutting the expert disclosure of the other party on the same matter ........................................... September 5, 2016

Reply expert disclosures.................................................................................October 6, 2016

Close of expert discovery ..............................................................................October 20, 2016

Deadline for case dispositive motions and briefs .......................................November 21, 2016

Answering briefs and response to case dispositive motions ................................................................................. December 7, 2016

Reply briefs in support of case dispositive motions .................................... December 14, 2016

Pretrial order draft ........................................................................................... March 7, 2017

Joint proposed final pretrial order ..................................................................... April 6, 2017

Pretrial conference.................................................................... April 17, 2017 at 10:00 AM

Jury trial for first Defendant .............................................................. May 1, 2017 at 9:30 AM

Jury trial for second Defendant ....................................................... May 14, 2017 at 9:30 AM

**SO ORDERED.**

Dated:  August 12, 2015

_____
PAUL S. GREWAL
United States Magistrate Judge