*[Counsel Listed on Signature Block]*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| MCU CLOCKING SOLUTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> FREESCALE SEMICONDUCTOR, INC., <br><br> Defendant. | Case No. 5:15-cv-02213-PSG <br><br> **JOINT STIPULATION OF DISMISSAL** |
| MCU CLOCKING SOLUTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> MICROCHIP TECHNOLOGY, INC. | Case No. 5:15-cv-02546-PSG <br><br> **JOINT STIPULATION OF DISMISSAL** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and Civil L.R. 7-12, Plaintiff MCU Clocking Solutions, Inc. ("MCU") and Defendants Freescale Semiconductor, Inc. ("Freescale") and Microchip Technology, Inc. ("Microchip"), in the above-captioned cases, hereby stipulate to the dismissal with prejudice of MCU's claims of infringement of U.S. Patent No. 6,292,045 ("the '045 Patent") against each Defendant. Likewise, with respect to Defendants' asserted counterclaims as to the '045 Patent, including counterclaims of invalidity, non-infringement, and/or unenforceability, the Parties also hereby stipulate to the dismissal without prejudice of Defendants' counterclaims.

As the dismissal of the claims and counterclaims related to the '045 Patent leaves all Parties without a cause of action, this stipulated dismissal will result in dismissal of all pending claims and counterclaims in this litigation.

Each Party agrees to bear its own costs and expenses.

An order corresponding to the Parties' stipulation and dismissal is not believed to be necessary under Fed. R. Civ. P. 41(a)(1)(A)(ii) and Civil L.R. 7-12, and, as such, a proposed order is not included in this submission.

Dated: December 10, 2015

By: */s/ Vasilios E. Sanios*
Edward C. Flynn (*pro hac vice*)
Vasilios E. Sanios (*pro hac vice*)
eflynn@cohengrace.com
vsanios@cohengrace.com
COHEN & GRACE, LLC
105 Braunlich Drive, Suite 300
Pittsburgh, PA 15237
Tel: (412) 847-0300
Facsimile: (412) 847-0307

Christopher D. Banys (State Bar No.230038)
Jennifer L. Gilbert (State Bar No. 255820)
Christopher J. Judge (State Bar No. 274418)
cdb@banyspc.com
cjj@banyspc.com
jlg@banyspc.com
BANYS, P.C.
1032 Elwell Court, Suite 100
Palo Alto, California  94303
Telephone: (650) 308-8505
Facsimile: (650) 353-2202

Philip E. Levy (*pro hac vice*)
John P. Powers (*pro hac vice*)
Lorrie Cherillo Jansen (*pro hac vice*)
plevy@eckertseamans.com
jpowers@eckertseamans.com
ljansen@eckertseamans.com
ECKERT SEAMANS CHERIN & MELLOTT, LLC
600 Grant St., 44th Floor
Pittsburgh, PA  15219
Telephone:  (412) 566-6000
Facsimile:   (412) 566-6099

**Attorneys for Plaintiff,
MCU CLOCKING SOLUTIONS, INC.**

By: */s/ David L. Witcoff*
Patrick T. Michael (State Bar No. 169745)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Tel: (415) 875-5893

JOINT STIPULATION OF DISMISSAL

2

CASE NO. 5:15-CV-02213-PSG
CASE NO. 5:15-CV-02546-PSG

Facsimile: (415) 875-5700
Email: pmichael@jonesday.com

David L. Witcoff (*pro hac vice*)
Timothy J. Heverin (*pro hac vice*)
Thomas W. Ritchie (*pro hac vice*)
JONES DAY
77 W. Wacker Drive, Suite 3500
Chicago, IL  60601-1692
Tel:  (312) 782-3939
Fax: (312) 782-8585
Email: dlwitcoff@jonesday.com
          tjheverin@jonesday.com
          twritchie@jonesday.com

**Attorneys for Defendant,
FREESCALE SEMICONDUCTOR, INC.**

By: */s/ Brian C. Banner*_____
Ryan R. Smith (State Bar No. 229323)
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:  (650) 493-9300
Facsimile:   (650) 565-5100
Email: rsmith@wsgr.com

Bruce W. Slayden , II (*pro hac vice*)
Brian C. Banner (*pro hac vice*)
SLAYDEN GRUBERT BEARD PLLC
823 Congress Avenue, Suite 525
Austin, TX 78701
Tel: (512) 402-3550
Facsimile: (512) 402-6865
Email: bslayden@sgb-ip.com
          bbanner@sgb-ip.com

**Attorneys for Defendant,
MICROCHIP TECHNOLOGY, INC.**

**ATTESTATION OF CONCURRENCE IN FILING**

Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from each of the Signatories listed above.

> */s/ Vasilios E. Sanios*
> Vasilios E. Sanios

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing JOINT STIPULATION OF DISMISSAL was served via electronic mail this 10th day of December, 2015, upon the following counsel of record:

David L. Witcoff (*pro hac vice*)
Timothy J. Heverin (*pro hac vice*)
Thomas W. Ritchie (*pro hac vice*)
Patrick T. Michael
dlwitcoff@jonesday.com
tjheverin@jonesday.com
twritchie@jonesday.com
pmichael@jonesday.com

*Attorneys for Defendant*,
FREESCALE SEMICONDUCTOR, INC.

Brian C. Banner (*pro hac vice*)
Bruce W. Slayden, II (*pro hac vice*)
Ryan R. Smith
bbanner@sgb-ip.com
bslayden@sgb-ip.com
rsmith@wsgr.com

*Attorneys for Defendant*,
MICROCHIP TECHNOLOGY, INC.

By: */s/ Vasilios E. Sanios*
Vasilios E. Sanios

*Attorney for Plaintiff*,
MCU CLOCKING SOLUTIONS, INC.